grants plaintiff's motion to strike out the affirmative defense in defendant-appellant's answer. Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ. [See *post*, p. 845.]

SYRACUSE SAVINGS BANK, Respondent, v. UNITED STATES FIRE INSURANCE COMPANY, Appellant, et al., Defendants.— Same decision as in companion case of *Syracuse Savings Bank* v. *Yorkshire Ins. Co., Ltd.* (*ante*, p. 818, decided herewith). (The order grants plaintiff's motion to strike out the affirmative defense in defendant-appellant's answer.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ. [See *post*, p. 846.]

SYRACUSE SAVINGS BANK, Respondent, v. PENNSYLVANIA FIRE INSURANCE COMPANY, Appellant, et al., Defendants. – Same decision as in companion case of *Syracuse Savings Bank* v. *Yorkshire Ins. Co., Ltd.* (*ante*, p. 818, decided herewith). (The order grants plaintiff's motion to strike out the affirmative defense in defendant-appellant's answer.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ. [See *post*, p. 846.]

SYRACUSE SAVINGS BANK, Respondent, v. BANKERS & SHIPPERS INSURANCE COMPANY OF NEW YORK, Appellant, et al., Defendants.— Same decision as in companion case of *Syracuse Savings Bank* v. *Yorkshire Ins. Co., Ltd.* (*ante*, p. 818, decided herewith). (The order grants plaintiff's motion to strike out the affirmative defense in defendant-appellant's answer.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ. [See *post*, p. 846.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY FILIPPONE, Respondent, against WALTER B. MARTIN, as Warden of Attica State Prison, et al., Appellants. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order reversed on the law and proceeding dismissed and relator remanded to the custody of the Warden of Attica State Prison to be returned by him to the County Court of Bronx County for resentence. Memorandum: The sentence of eighteen years fixed for the relator-respondent on the revocation of his first sentence, February 2, 1942, was not a proper sentence under the statute. (See Penal Law, §§ 2125, 1941, as in effect June 14, 1925, February 2, 1942, and now.) The order below should be reversed, the proceeding dismissed and the relator remanded to the custody of the Warden of Attica State Prison to be returned by him to the County Court of Bronx County for resentence. All concur. (The order releases relator from custody and directs defendant Warden to discharge him from custody.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

RUTH WILLIAMS, Respondent, v. SMITH & HOWELL FILM SERVICE, INC., Appellant, et al., Defendants.— Judgment affirmed, with costs. All concur, except Taylor and Harris, JJ., who dissent and vote for reversal and for granting a new trial on the ground that the verdict was against the weight of evidence. (The judgment is for plaintiff against defendant Smith & Howell Film Service, Inc., in an automobile negligence action.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

LOUIS L. SCOTT et al., Respondents, v. THERON L. GORTON et al., Appellants.— Judgment affirmed, with costs. All concur, except Harris, J., who dissents and votes for modification of the judgment so as to provide for no restraint of use of the water by those who were connected with the spring before November 12, 1927. (The judgment is for plaintiffs in an injunction action.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

HOMER H. KIESINGER, Respondent, v. EARL V. SLEIGHT, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the